## THIRD DEPARTMENT, JULY TERM, 1888.

In the Matter of Final Settlement of John McComb, Executor, etc. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

Jose de Carricarte, Respondent, v. Josefa G. Blanco, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Jose de Carricarte, Respondent, v. Maria J. G. Blanco, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

William B. Slocum, Plaintiff, v. Catharine Doniol, Defendant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting

Cassius M. Smith, Respondent, v. Flora A. Smith, Appellant, Impleaded, etc.—Judgment affirmed, without costs, according to condition in opinion. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Ellen A. Couse, as Administratrix, etc., Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent. — Judgment dismissing complaint affirmed, with costs. Opinion by Barnard, P. J.

John Justus, Respondent, v. Rudolph Baeckler, Appellant.—Judgment of justice affirmed, with costs, and County Court judgment modified accordingly. Opinion by Barnard. P. J.

In the Matter of the Petition of the Union Elevated Railroad Company.—Order affirmed, with costs. Opinion by Pratt, J.

Elvira Dill, Respondent, v. John H. Harbeck and others, Appellants. — Judgment and orders denying new trial affirmed, with costs. Opinion by Pratt, J.

Daniel Barker, Administrator, etc., Respondent, v. John H. Harbeck, Appellant. — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

In the Matter of the Probate of the Will of E. D. Hesdra, Deceased. — Decree of surrogate admitting will to probate affirmed, with costs of all parties out of estate. Opinion by Barnard, P. J.; Pratt, J., dissenting.

John Clark, Respondent, v. Frank H. Clergue, Appellant, Impleaded, etc. — Judgment and orders denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Archibald Chisholm, Appellant, v. The Knickerbocker Ice Company, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Wright Duryea and another, Appellants, v. William C. Vosburgh, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

In the Matter of the Petition of James Eckerson. — Order affirmed, except in so far as costs are charged personally upon the assessor; as to that provision the judgment is modified. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York v. Charles Worsley and others, Commissioners, etc. — Judgment and conviction affirmed. Opinion by Dykman, J.; Barnard, P. J., not sitting.

David C. Woolsey and others, Respondents, v. Hugo Funke, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Mary C. Hamilton, Respondent, v. Alexander B. Hudson, Appellant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

George Hill, Respondent, v. William Remsen, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Mary E. Ryan, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Sarah E. Mastin, Respondent, v. Irving H. Mastin and others, Appellants. — Judgment affirmed, with costs. Opinion by Dykman J.; Barnard, P. J., not sitting.

M. M. Wilcken. Respondent, v. The West Brooklyn Railroad Company and the Brooklyn, Bath and West End Railroad Company, Appellants. — Order overruling demurrer to complaint, and judgment thereon affirmed, with costs. Opinion by Pratt, J. |

Clarence H. Scrymser and Wife, Plaintiff, v. Jane A. Fuller and others, Defendants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Clarence H. Scrymser, Plaintiff, v. Cornelia C. Lawrence and others, Defendants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

William F. Lawrence v. Alexander Saunders. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

William F. Lawrence v. James M. Fuller and others.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., sitting.

Wallace Mayo, Respondent, v. Sallie M. Davidge and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Edward F. James and others, Respondents, v. Julia F. Butterfield, Appellant. — Appeal withdrawn.

The Jamaica and Brooklyn Railroad Company, Appellant, v. The City of Brooklyn, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York ex rel. Millard F. Smith, Respondent, v. The Board of Assessors of the City of Brooklyn, Appellant. — Order confirming report affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

## THIRD DEPARTMENT, JULY TERM, 1888.

Deborah Dwyer, Respondent, v. Rathbone, Sard & Co., Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Ingalls, J.

Ann Keane, Respondent, v. The Village of Waterford, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Ingalls, J.

John Consalus, Appellant, v. Isaac McComhe and others, Respondents. — Judgment affirmed, with costs. Opinion by Landon, J.

The People of the State of New York ex rel. John M. Francis and another v. The Common Council of the City of Troy and another.— Order and designation annulled, with fifty dollars costs against respondents. Opinion by Landon, J.

The National Bank of West Troy, Respondent, v. Margaret Levy. Executrix, etc., and others, Appellants. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Ingalls, J., and Mem. by Learned, P. J.

Oliver C. Collins, Appellant, v. Maria Fairchild, Respondent.—Judgment affirmed, with costs. Opinion by Ingalls, J.

Moses Walker, Appellant, v. William C. Wilson, Respondent.—Judgment affirmed, with costs. Opinion by Learned, P. J.

Margaret Bulkley, as Administratrix, etc., Respondent, v. The Port Henry Iron Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Landon, J.

James Averill and another, Respondents, v.